NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK (CBN 149883)
Assistant United States Attorney
Chief, Asset Forfeiture Section
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-6166
    Facsimile: (213) 894-0142
    E-mail: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>APPROXIMATELY 279,808 ALUMINUM STRUCTURES IN THE SHAPE OF PALLETS,<br><br>    Defendants.<br><br>PERFECTUS ALUMINUM, INC.,<br><br>    Claimant. | NO. CV 18-1023 DMG (SPx)<br><br>PLAINTIFF'S *EX PARTE* APPLICATION TO LIFT STAY FOR THE LIMITED PURPOSE OF ALLOWING PLAINTIFF TO FILE MOTION TO STRIKE CLAIM OF PERFECTUS ALUMINUM, INC. |

    On April 9, 2018, Plaintiff United States of America (the "government") and claimant Perfectus Aluminim, Inc. ("Claimant"), stipulated to stay this civil forfeiture action pursuant to 18 U.S.C. § 981(g), pending the conclusion of a

related criminal investigation.  As set forth in the stipulation, the instant action is related to five other actions pending before this Court, all of which were related to the ongoing, federal criminal investigation.[1]  That stay remains in effect, as the underlying investigation has since matured into a criminal prosecution in which Claimant here is a named defendant that has been duly served with a summons but has failed to appear.

The government respectfully requests that the stay of this action be lifted for the limited purpose of allowing the government to file a motion to strike the claim of Claimant.

On September 4, 2019, government counsel provided notice of its intent to make this ex parte application, describing the substance of the application and the government's intent to bring a motion to strike Claimant's claim.  The notice was sent to Claimant's counsel, Marc Greenberg, Tucker Ellis LLP, 515 South Flower

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

---

[1] The five related actions are: *U.S. v. Real Property Located at 10681 Production Avenue, Fontana, California*, EDCV 17-1872 DMG (SPx); *U.S. v. Real Property Located at 2323 Main Street, Irvine, California*, SACV 17-1592 DMG (SPx); *U.S. v. Real Property Located at 1001 S. Doubleday Avenue, Ontario, California*, EDCV 17-1873 DMG (SPx); *U.S. v. Real Property Located at 14600 Innovation Drive, Riverside, California*, EDCV 17-1875 DMG (SPx); and *U.S. v. Approximately 279,808 Aluminum Structures in the Shape of Pallets*, CV 18-1023 DMG (SPx).

Street, Forty Second Floor, Los Angeles, CA 90071, (213) 430-3355, by email at Marc.Greenberg@tuckerellis.com.  Mr. Greenberg did not respond to government counsel's inquiry.

DATED: September 6, 2019     NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

      /s/ Steven R. Welk
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA