UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>APPROXIMATELY 279,808 ALUMINUM STRUCTURES IN THE SHAPE OF PALLETS,<br><br>    Defendants.<br><br>PERFECTUS ALUMINUM, INC.,<br><br>    Claimant. | NO. CV 18-1023-DMG (SPx)<br><br>ORDER LIFTING STAY FOR THE LIMITED PURPOSE OF ALLOWING PLAINTIFF TO FILE MOTION TO STRIKE CLAIM OF PERFECTUS ALUMINUM, INC. [38] |

Plaintiff United States has applied ex parte (with notice) for an order lifting stay of this action for the limited purpose of allowing the government to file a motion to strike the claim of Perfectus Aluminum, Inc.

Good cause appearing therefor, plaintiff's application is GRANTED.  IT IS HEREBY ORDERED that the stay of this action is lifted for the limited purpose of allowing the government to file a motion to strike the claim of Perfectus Aluminum, Inc.

IT IS SO ORDERED.

DATED: September 9, 2019

*Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE