UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>APPROXIMATELY 279,808 ALUMINUM STRUCTURES IN THE SHAPE OF PALLETS,<br><br>    Defendants.<br><br>PERFECTUS ALUMINUM, INC.,<br><br>    Claimant. | NO. CV 18-1023 DMG (SPx)<br><br>[PROPOSED] ORDER GRANTING GOVERNMENT'S MOTION TO STRIKE THE CLAIM OF PERFECTUS ALUMINUM, INC. AND ENTER DEFAULT |

The Motion by Plaintiff United States of America to Strike the Claim of Perfectus Aluminum, Inc. and Enter Default came on regularly for hearing before this Court on October 18, 2019.  After considering the papers submitted by the parties, arguments of counsel and all other matters presented to the Court in

/ / /

/ / /

/ / /

1

connection with the motion, IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. The claim of Perfectus Aluminum Inc. is stricken and default is entered against it.

IT IS SO ORDERED.

DATED: _____, 2019

THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

    /s/ Steven R. Welk
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On <u>September 16, 2019</u>, I served a <u>[PROPOSED] ORDER GRANTING GOVERNMENT'S MOTION TO STRIKE THE CLAIM OF PERFECTUS ALUMINUM, INC. AND ENTER DEFAULT</u> on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:**

| | |
|---|---|
| **Perfectus Aluminum, Inc.**<br>**c/o CT Corporation System**<br>**818 West Seventh Street, Suite 930**<br>**Los Angeles, CA 90017** | **Perfectus Aluminum, Inc.**<br>**c/o Jacky Cheung**<br>**1001 S. Doubleday Avenue**<br>**Ontario, CA 91761** |

<u>X</u>  I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

__ Via Hand Delivery

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: <u>September 16, 2019</u> at Los Angeles, California.

                                            /s/ Tina Keleshyan<br>
                                           **TINA KELESHYAN**