MARC R. GREENBERG (SBN 123115)
**TUCKER ELLIS LLP**
515 South Flower Street, 42nd Floor
Los Angeles, CA 90971
Telephone: 213-430-3400
Facsimile: 213-430-3409

Attorneys for Claimant
PERFECTUS ALUMINUM, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY 279,808 ALUMINUM STRUCTURES IN THE SHAPE OF PALLETS,<br><br>　　　　　Defendants. | CASE NO.: CV 18-1023 DMG (SPx)<br><br>**SUPPLEMENTAL DECLARATION OF MARC R. GREENBERG IN SUPPORT OF CLAIMANT PERFECTUS ALUMINUM, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE CLAIM OF PERFECTUS ALUMINUM, INC. AND ENTER DEFAULT**<br><br>Date: December 13, 2019<br>Time: 10:00 a.m.<br>Room: 8C |

**SUPPLEMENTAL DECLARATION OF MARC R. GREENBERG IN SUPPORT OF CLAIMANT PERFECTUS ALUMINUM INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE CLAIM OF PERFECTUS ALUMINUM, INC. AND ENTER DEFAULT**

1476876.1

**DECLARATION OF MARC R. GREENBERG**

I, Marc R. Greenberg, declare as follows:

1. I am an active member of the State Bar of California, duly licensed to practice law and an attorney at the law firm of Tucker Ellis LLP, counsel for Claimant PERFECTUS ALUMINUM, INC. ("Perfectus") in this action. I have been retained and am one of the attorneys responsible for the representation of Perfectus in the above-entitled action. I make this supplemental declaration in support of Perfectus's Opposition to Plaintiff's Motion to Strike and Enter Default. I have personal knowledge of the matters stated herein, and if called upon to do so, I could and would competently testify thereto.

2. On December 10, 2019, a Statement of Information was electronically filed on behalf of Perfectus at approximately 12:45 p.m. on the California's Secretary of State portal to reinstate its corporate status. The portal to file a Statement of Information is located at https://businessfilings.sos.ca.gov/. The filing fee in the amount of $25 was also paid on behalf of Perfectus. The Statement of Information lists Zhaohao Chen ("Chen") as the Chief Executive Officer, Secretary, and Chief Financial Officer of Perfectus. Chen is also listed as the sole Director of Perfectus. Based on the California's Secretary of State's website, the California Secretary of State is currently processing requests submitted online on December 9, 2019. I anticipate that the California's Secretary of State website will reflect that Perfectus is in active standing within 1-2 business days. A true and correct copy of the Statement of Information electronically filed on December 10, 2019 is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 12th day of December 2019, in Los Angeles, California.

*/s/ Marc R. Greenberg*
Marc R. Greenberg

**SUPPLEMENTAL DECLARATION OF MARC R. GREENBERG IN SUPPORT OF CLAIMANT PERFECTUS ALUMINUM INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE CLAIM OF PERFECTUS ALUMINUM, INC. AND ENTER DEFAULT**

1476876.1

## CERTIFICATE OF SERVICE

This Certificate of Service is made in compliance with Local Rule 5.1.2 and Civ.R. 5(b). I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 South Flower Street Forty-Second Floor, Los Angeles, CA 90071.

On the date indicated below, a true and correct copy of the foregoing **SUPPLEMENTAL DECLARATION OF MARC R. GREENBERG IN SUPPORT OF CLAIMANT PERFECTUS ALUMINUM, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE CLAIM OF PERFECTUS ALUMINUM, INC. AND ENTER DEFAULT** was filed with Court and served electronically and will be available for viewing and downloading from the Court's CM/ECF system:

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Central District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on, December 12, 2019, at Los Angeles, CA.

I declare under penalty of perjury that I am employed in the office of a member admitted to practice before the District Court for the Central District of California and ECF registered in this Court at whose direction the service was made and that the foregoing is true and correct.

*/s/ Sofia Escalante*
Sofia Escalante