NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK (CBN 149883)
Assistant United States Attorney
Chief, Asset Forfeiture Section
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-6166
    Facsimile: (213) 894-0142
    E-mail: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>APPROXIMATELY 279,808 ALUMINUM STRUCTURES IN THE SHAPE OF PALLETS,<br><br>    Defendants.<br><br>PERFECTUS ALUMINUM, INC.,<br><br>    Claimant. | NO. CV 18-1023 DMG (SPx)<br><br>**JOINT REPORT** |

///

///

1

Pursuant to the Court's Order of May 12, 2020, in this and four related actions[1], Plaintiff United States of America ("the government") and Claimants Doubleday, Perfectus, Production, Scuderia and Main Street (collectively, "Claimants") report and request as follows.

There are currently pending in the Related Actions (1) fully-briefed Motions to Dismiss the Complaint filed by the Claimant in each of the five cases; and (2) Motions for the Interlocutory Sale filed by the government in each of the four real property actions. The Interlocutory Sale Motions are premised on the contention that each of the Claimants is delinquent on property taxes assessed against the defendant real properties, which the government contends is reducing the equity in the properties. Claimant's counsel have advised that they are currently engaged in ongoing negotiations with the County Assessors for the Counties in which the defendant real properties are located (Orange, San Bernardino and Riverside), and are attempting to reach agreements that will resolve any outstanding property tax delinquencies.

Unfortunately, those negotiations have been complicated by the ongoing COVID-19 health emergency, which is creating unusual delay. The government is agreeable to delaying further proceedings with respect to the Interlocutory Sale

---

[1] The five actions (collectively, the "Related Actions") are: *United States v. Real Property Located at 1001 S. Doubleday Avenue, Ontario, California*, EDCV 17-1873 DMG (SPx) (Claimant – 1001 Doubleday, LLC ("Doubleday")); *United States v. Approximately 279,808 Aluminum Structures in the Shape of Pallets*, CV 18-1023 DMG (SPx) (Claimant - Perfectus Aluminum, Inc. ("Perfectus")); *United States v. Real Property Located at 10681 Production Avenue, Fontana, California*, EDCV 17-1872 DMG (SPx) (Claimant – 10681 Production Avenue, LLC ("Production")); *United States v. Real Property Located at 14600 Innovation Drive, Riverside, California*, EDCV 17-1875 DMG (SPx) (Claimant – Scuderia Development, LLC ("Scuderia")); and *United States v. Real Property Located at 2323 Main Street, Irvine, California*, SACV 17-1592 DMG (SPx) (Claimant – Von Karman-Main Street, LLC ("Main Street")).

1  Motions in order to allow Claimants to pursue resolution of any property tax
2  issues.  Further, the government's inclination is to withdraw the Interlocutory Sale
3  Motions in the event any tax delinquencies can be resolved to the satisfaction of
4  the Counties.  The parties further agree that it would be in the best interests of all
5  involved to maintain the status quo with respect to all of the pending motions while
6  those negotiations continue, particularly in light of the ongoing, related criminal
7  case before Judge Klausner.

8       The government and Claimants therefore request that they be allowed to
9  report to the Court again in approximately 60 days, by July 24, 2020, when the
10 parties hope to be in a better position to advise the Court how they would like to
11 proceed on these specific matters.

13 DATED: May 22, 2020      NICOLA T. HANNA
14       United States Attorney
      BRANDON D. FOX
15       Assistant United States Attorney
      Chief, Criminal Division

17           /S/
      STEVEN R. WELK
18       Assistant United States Attorney

19       Attorneys for Plaintiff
20       UNITED STATES OF AMERICA

21 DATED: May 22, 2020      LARSON O'BRIEN LLP

23           /S/
      STEPHEN G. LARSON
24       HILARY POTASHNER (pursuant to email
      authorization 5/22/20)

25       Attorneys for Claimants
26       10681 PRODUCTION AVENUE, LLC
      VON KARMAN-MAIN STREET, LLC
27       1001 DOUBLEDAY, LLC
28       SCUDERIA DEVELOPMENT, LLC

| | | |
|---|---|---|
| 1 | DATED: May 22, 2020 | RUYAK CHERIAN LLP |
| 2 | |     /S/ |
| 3 | | ROBERT F. RUYAK |
| | | DON F. LIVORNESE |
| 4 | | REBECCA R. ANZIDEI (pursuant to email authorization 5/22/20) |
| 5 | | |
| 6 | | Attorneys for Claimant |
| 7 | | PERFECTUS ALUMINUM, INC. |