NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK (CBN 149883)
Assistant United States Attorney
Chief, Asset Forfeiture Section
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-6166
    Facsimile: (213) 894-0142
    E-mail: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        vs.<br><br>APPROXIMATELY 279,808 ALUMINUM STRUCTURES IN THE SHAPE OF PALLETS,<br><br>    Defendants.<br><br>PERFECTUS ALUMINUM, INC.,<br><br>    Claimant. | NO. CV 18-1023 DMG (SPx)<br><br>**JOINT STATUS REPORT** |

/ / /

/ / /

Pursuant to the Court's Orders in this and four related actions[1], Plaintiff United States of America ("the government") and Claimants Doubleday, Perfectus, Production, Scuderia and Main Street (collectively, "Claimants") provide this further status report, and request that the Court allow the parties to further report in 60 days.

There are currently pending in the Related Actions (1) fully-briefed Motions to Dismiss the Complaint filed by the Claimant in each of the five cases; and (2) Motions for the Interlocutory Sale filed by the government in each of the four real property actions. The Interlocutory Sale Motions are premised on the contention that each of the Claimants is delinquent on property taxes assessed against the defendant real properties, which the government contends is reducing the equity in the properties. In the prior joint report, Claimant's counsel advised that they were engaged in efforts to establish contact with the County Assessors for the Counties in which the defendant real properties are located (Orange, San Bernardino and Riverside), in an attempt to reach agreements aimed at resolving any outstanding property tax delinquencies.

/ / /

/ / /

---

[1] The five actions (collectively, the "Related Actions") are: *United States v. Real Property Located at 1001 S. Doubleday Avenue, Ontario, California*, EDCV 17-1873 DMG (SPx) (Claimant – 1001 Doubleday, LLC ("Doubleday")); *United States v. Approximately 279,808 Aluminum Structures in the Shape of Pallets*, CV 18-1023 DMG (SPx) (Claimant - Perfectus Aluminum, Inc. ("Perfectus")); *United States v. Real Property Located at 10681 Production Avenue, Fontana, California*, EDCV 17-1872 DMG (SPx) (Claimant – 10681 Production Avenue, LLC ("Production")); *United States v. Real Property Located at 14600 Innovation Drive, Riverside, California*, EDCV 17-1875 DMG (SPx) (Claimant – Scuderia Development, LLC ("Scuderia")); and *United States v. Real Property Located at 2323 Main Street, Irvine, California*, SACV 17-1592 DMG (SPx) (Claimant – Von Karman-Main Street, LLC ("Main Street")).

Claimants' counsel advised that those efforts continue to be substantially frustrated by the ongoing COVID-19 health emergency, which is creating unusual delay. While counsel have had some success in establishing contact with actual people at some of the offices, some do not appear to be currently staffed at all. The Riverside County Assessor's Office is closed to the public until September.

The government is agreeable to a further 60-day delay in further proceedings with respect to the Interlocutory Sale Motions in order to allow Claimants to pursue resolution of any property tax issues. Further, the government's inclination remains to withdraw the Interlocutory Sale Motions in the event any tax delinquencies can be resolved to the satisfaction of the Counties. The parties further agree that it would be in the best interests of all involved to maintain the status quo with respect to all of the pending motions while those negotiations continue, particularly in light of the ongoing, related criminal case before Judge Klausner, the trial in which was recently continued to February 2021.

The government and Claimants therefore request that they be allowed to report to the Court again in approximately 60 days, by September 24, 2020, when

/ / /

/ / /

/ / /

the parties hope to be in a better position to advise the Court how they would like to proceed on these specific matters.

DATED: July 24, 2020

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

     /s/
STEVEN R. WELK
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: July 24, 2020

LARSON O'BRIEN LLP

     /s/
STEPHEN G. LARSON
HILARY POTASHNER (pursuant to email authorization 7/24/20)

Attorneys for Claimants
10681 PRODUCTION AVENUE, LLC
VON KARMAN-MAIN STREET, LLC
1001 DOUBLEDAY, LLC
SCUDERIA DEVELOPMENT, LLC

DATED: July 24, 2020

RUYAK CHERIAN LLP

     /s/
ROBERT F. RUYAK
DON F. LIVORNESE
REBECCA R. ANZIDEI (pursuant to email authorization 7/24/20)

Attorneys for Claimant
PERFECTUS ALUMINUM, INC.