**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY 279,808 ALUMINUM STRUCTURES IN THE SHAPE OF PALLETS,<br><br>　　　　Defendants. | No. CV-18-1023-DMG (SPx)<br><br>**ORDER APPROVING STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)(2) [86]** |

Pursuant to the stipulation and request of the parties, and good cause appearing therefor, this action is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure Rule 41(a)(2).

Upon entry of this order, the United States shall perfect the forfeiture of the defendant pallets in the parallel criminal case.

There was reasonable cause for the seizure of the defendant pallets and the institution of this action as to said defendant pallets. This order of dismissal shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

**IT IS SO ORDERED.**

DATED: March 21, 2025

_____
DOLLY M. GEE
Chief United States District Judge